IN THE UNITED STATES DISTRICT COURT
FOT THE SOUTHERN DISTRICT OF WEST VIRGINIA

**ANGELA JAVORSKY,**
    **PLAINTIFF,**

            **CIVIL ACTION NO. 3:23-cv-00751**

**JP MORGAN CHASE BANK, N.A.,**
    **DEFENDANT.**

## AGREED ORDER OF DISMISSAL

  Comes now the parties, Plaintiff, Angela Javorsky, by and through his counsel, Benjamin Sheridan, and JP Morgan Chase Bank, N.A., by and through its counsel, Bruce M. Jacobs, and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss this action with prejudice.

  Accordingly, it is the **ORDER** and **JUDGEMENT** of the Court that Plaintiff's claims against Defendant JP Morgan Chase Bank, N.A., and all claims related thereto, are hereby dismissed with prejudice.

         ENTER:  June 5, 2024

         _____
         ROBERT C. CHAMBERS
         UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/Benjamin M. Sheridan*

Benjamin M. Sheridan (WVSB #11296)
Jed R. Nolan (WVSB #10833)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304)562-7111

*Counsel for Plaintiff Angela Javorsky*

Agreed to by*:*

*/s/ Bruce M. Jacobs*
Bruce M. Jacobs (WV Bar No. 6333)
Alex Turner (WV Bar No. 10839)
Spilman Thomas & Battle, PLLC
PO Box 273
Charleston, WV 25321
Email: bjacobs@spilmanlaw.com
Email: aturner@spilmanlaw.com

*Counsel for Defendant JP Morgan Chase Bank, N.A.*